THE STATE EX REL. BLACKSON *v*. OHIO ADULT PAROLE AUTHORITY ET AL.

[Cite as *State ex rel. Blackson v. Ohio Adult Parole Auth.* (2000), 89 Ohio St.3d 520.]

(No. 00–213—Submitted July 25, 2000—Decided August 3, 2000.)

*Nelson R. Blackson*, pro se.

*Betty D. Montgomery*, Attorney General, and *Todd R. Marti*, Assistant Attorney General, for respondents.

---

The complaint for a writ of prohibition is dismissed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and because petitioner has or had an adequate remedy by the filing of a motion for leave to file a delayed appeal. See *State ex rel. Keenan v. Calabrese* (1994), 69 Ohio St.3d 176, 177–179, 631 N.E.2d 119, 121–122.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.